**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
RYAN SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:18-mj-00053 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE REVIEW |
| | ) | HEARING TO OCTOBER 20, 2020; |
| | ) | ORDER THEREON |
| vs. | ) | |
| | ) | |
| | ) | Date:   October 20, 2020 |
| RYAN SMITH, | ) | Time:  10:00 AM |
| | ) | Judge: Jeremy D. Peterson |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    **IT IS HEREBY STIPULATED** by and between the Defendant, RYAN SMITH, his

attorney of record, CAROL ANN MOSES, and the Acting Legal Officer for the National Park

Service, SEAN ANDERSON, that the Review Hearing in the above-captioned matter currently

scheduled for August 11, 2020 at 10:00 AM be continued to October 20, 2020 at 10:00 AM.

    The government has no objection to this request.

    On March 19, 2019, Mr. Smith pleaded guilty to one count of 36 C.F.R. 2.35(c) and one

count of 36 C.F.R. 2.31(a)(3). Mr. Smith was ordered by the Court to 18 months of unsupervised

probation and to attend weekly AA or NA classes for the first six months of probation. He was

also ordered to pay a $1,480.00 fine, $20.00 Special Assessment, and $180.00 of restitution for a

total financial obligation of $1,680.00.

    Mr. Smith has completed his AA class requirement. In November of 2019, Mr. Smith paid

1  the $180.00 restitution, $20.00 Special Assessment Fee, and $400.00 toward his fine for a total

2  payment of $600.00. He has since faced financial hardship due to COVID-19. Mr. Smith works in

3  construction as a contractor. He faced project shut-downs and client cancelations due to the

4  pandemic and was unable to make payments to the Court due to the lack of sufficient income. As

5  the city is beginning to open up, his workload is picking up. Mr. Smith anticipates he will be able

6  to pay at least half of his balance within the next three weeks and the other half four weeks after

7  his first payment is made. If allowed additional time, Mr. Smith is confident he will be able to pay

8  his balance in full by October 20, 2020.

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    Mr. Smith respectfully requests a continuance of his Review Hearing in Case No. 6:18-

2   mj-00053-JDP from August 11, 2020 at 10:00 AM until October 20, 2020 at 10:00 AM so he

3   may have additional time to pay his Court Ordered Fines due to his current financial hardship

4   brought on by COVID-19.

5

6   Dated: July 31, 2020                              /s/ Carol Ann Moses
                                                       CAROL ANN MOSES
7                                                      Attorney for Defendant,
                                                       RYAN SMITH
8

9

10  Dated: July 31, 2020                              /s/ Sean Anderson
                                                       SEAN ANDERSON
11                                                     Acting Legal Officer
                                                       National Park Service
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2        The above request to continue the Review Hearing in case No. 6:18-mj-00053-JDP from

3    August 11, 2020 at 10:00 AM until October 20, 2020 at 10:00 AM is hereby accepted and

4    adopted as the order of this court.

5    IT IS SO ORDERED.

6

7    Dated:   _August 3, 2020_                              _____

8                                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28